**DIGITECH INFORMATION SYSTEMS, INC., Plaintiff–Appellant,**

v.

**BMW AUTO LEASING, LLC, and BMW Financial Services NA, LLC, Defendants–Appellees.**

No. 2012–1414.

United States Court of Appeals, Federal Circuit.

May 10, 2013.

Norman H. Zivin, Cooper & Dunham LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief was Hindy Dym.

Joseph P. Lavelle, DLA Piper LLP (US), of Washington, DC, argued for defendants-appellees. Of counsel was Andrew N. Stein.

RADER, Chief Judge, MOORE, Circuit Judge and BENSON. District Judge.*

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.